| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |

Case Type: Fair Debt Collection Practices Act

Rivkah Goldberg,

        Plaintiff,

vs.

NCO Financial Systems, Inc.,
a Pennsylvania corporation,

        Defendant.        Court File Number:

## SUMMONS

**THIS SUMMONS IS DIRECTED TO:** NCO Financial Systems, Inc. 507 Prudential Road, Horsham, Pennsylvania 19044.

1. **YOU ARE BEING SUED.** The Plaintiff has started a lawsuit against you. The Plaintiff's Complaint against you is attached to this Summons. Do not throw these papers away. They are official papers that affect your rights. You must respond to this lawsuit even though it may not yet be filed with the Court and there may be no court file number of this Summons.

2. **YOU MUST REPLY WITHIN 20 DAYS TO PROTECT YOUR RIGHTS.** You must give or mail to the person who signed this summons **a written response** called Answer within 20 days of the date on which you received this Summons You must send a copy of your Answer to the person who signed this Summons located at:

       Mitchell R. Hadler
       Attorney at Law
       701 Fourth Avenue South #500
       Minneapolis, Minnesota 55415-1631

3. **YOU MUST RESPOND TO EACH CLAIM.** The Answer is your written response to the Plaintiff's Complaint. In your Answer you must state whether you agree or disagree with each paragraph of the Complaint. If you believe the Plaintiff should not be given everything asked for in the Complaint you must say so in your Answer.

1


EXHIBIT A

4. **YOU WILL LOST YOUR CASE IF YOU DO NOT SEND A WRITTEN RESPONSE TO THE COMPLAINT TO THE PERSON WHO SIGNED THIS SUMMONS.** If you do not Answer within 20 days, you will lose this case. You will not get to tell your side of the story, and the court may decide against you and award the Plaintiff everything asked for in the Complaint. If you do not want to contest the claims stated in the Complaint you do not need to respond. A default judgment can then be entered against you for the relief requested in the Complaint.

5. **LEGAL ASSISTANCE.** You may wish to get legal help from a lawyer. If you do not have a lawyer, the Court Administrator may have information about places where you can get legal assistance. **Even if you cannot get legal help, you must still provide a written Answer to protect your rights or you may lose the case.**

6. **ALTERNATIVE LEGAL DISPUTE RESOLUTION.** The parties may agree to or be ordered to participate in an alternative dispute resolution process under Rule 114 of the Minnesota General Rules of Practice. You must still send your written response to the Complaint even if you expect to use alternative means of resolving this dispute.

The object of this action is money damages.

_____          Dated:
Plaintiff's Attorney's Signature

Mitchell R. Hadler Atty. ID#39172
Attorney for Plaintiff Rivkah GOldberg
701 Fourth Avenue South #500
Minneapolis, Minnesota 55415-1631
Telephone: (612) 414-7361 and (651) 222-4260

2

| | |
|---|---|
| STATE OF MINNESOTA | IN DISTRICT COURT |
| COUNTY OF HENNEPIN | 4TH JUDICIAL DISTRICT |

Type of Case: Fair Debt Collection Practices Act

Rivkah Goldberg,

        Plaintiff,

vs.

NCO Financial Systems, Inc.,
a Pennsylvania corporation,

        Defendant.        Court File Number:

## COMPLAINT

### INTRODUCTION

1.    This action is brought by a consumer debtor against a debt collector for violations of the Fair Debt Collection Practices Act of 1977, 15 U.S.C. §§ 1692 *et seq.* (hereinafter "FDCPA").

2.    Plaintiff Rikvah Goldberg, for her Complaint against Defendant NCO Financial Systems, Inc., states and alleges as follows:

### JURISDICTION AND VENUE

3.    Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1337.

4.    Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

5.    Venue is proper in this court based on the fact that the acts complained of, including improper and prohibited communications by the Defendant, were directed to the Plaintiff/Debtor and therefore committed against the Plaintiff/Debtor in Hennepin County, the State of Minnesota.

6.     The standards of the FDCPA are adopted by Minnesota at Minn. Stats. § 332.37(12).

## PARTIES

### PLAINTIFF

7.     Plaintiff Rikvah Goldberg (hereinafter "Plaintiff") is a natural person and at all times relevant hereto resided in the City of Hopkins, County of Hennepin, State of Minnesota and as "a natural person obligated or allegedly to pay any debt" was a "consumer" as that term is defined by § 1692a(3) of the FDCPA or a person with standing in this action under § 1692k(a) of the FDCPA.

8.     The debt allegedly owed by Plaintiff - $10,265.42 (as of April 7, 2011) – to CITIBANK (South Dakota) regarding a CIT ADVANTAGE WORLD credit card – as "any obligation or alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance, or services which are the subject of the transaction are primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment" is a "debt" as that term is defined by § 1692a(5) of the FDCPA.

### DEFENDANT

9.     At all times relevant hereto Defendant NCO Financial Systems, Inc. (hereinafter "Defendant") was a debt collector operating from an address of 507 Prudential Road, Horsham, Pennsylvania 19044.

10.    Defendant is a "debt collector" as defined by § 1692a(6) of the FDCPA.

11.    Defendant has a registered agent in Minnesota for the service of process – C T Corporation System, Inc., 100 South Fifth Street #1075, Minneapolis, Minnesota 55402.

12. Defendant's 35 licenses from the Minnesota Commerce Department to engage in the business of debt collection in Minnesota are all in "Inactive" status.

13. See Plaintiff's Exhibit "C" – 3 pp.

14. 1,560 cases for violations of the FDCPA are currently pending against Defendant in the U. S. District Courts. 28 of those cases were in Minnesota.

15. Defendant's gross revenues in 2010 were $ 1.6 Billion.

16. Defendant is a sophisticated collection agency.

## FACTUAL ALLEGATIONS

17. The debt allegedly owed to CITIBANK (South Dakota) by Plaintiff was consigned, placed or otherwise transferred to Defendant for collection from PlaintiffDefendant sent Plaintiff dunning letters dated January 8, 2011, and April 7, 2011, which falsely stated: "THIS COLLECTION AGENCY IS LICENSED BY THE MINNESOTA DEPARTMENT OF COMMERCE."

19. See Plaintiff's Exhibits "A," and "B" – 1 p. each.

20. The "license look-up tool" on the website of the Minnesota Department of Commerce states that the 35 licenses issued to Defendant were on "Inactive" status.

21. See Plaintiff's Exhibit "C" – 3 pp.

22. At 8:38 a. m. on May 4, 2011, a representative of Defendant left a message on Plaintiff's home telephone message recording machine stating it was an attempt to collect a debt and the Plaintiff should return the call to (866) 749-4711, a telephone number assigned to Defendant.

## FIRST CAUSE OF ACTION

23. Leaving a message on Plaintiff's answering machine with a statement that it was an attempt to collect a debt violated § 1692c(b) of the FDCPA as an unauthorized communication with a third party.

## SECOND CAUSE OF ACTION

24. The false statements that Defendant was licensed by the Minnesota Department of Commerce when in fact its 35 licenses were on "inactive" status was a violation of § 1692e and § 1692e(10) of the FDCPA as the use of false, deceptive or misleading representations in the collection of a debt.

25. Licensure suggests state approval and enhances the legitimacy and power of the Defendant in the eyes of the unsophisticated consumer.

26. See *Radaj v. ARS Nat'l. Servs., Inc.* 2006 WL 2620394 (E.D. Wis. Sept. 12, 2006).

27. Also, the nature of this violation "carries the potential for much wider spread illegality and concomitant injury than a violation related solely to one individual debtor" and "evinc[es] either intentional disregard of or reckless indifference to " applicable State law by "a member of a regulated industry."

28. See *St. Denis v. New Horizon Credit, Inc.* 2006 WL 1965779 (D. Conn. July 12, 2006).

## PRAYER FOR RELIEF

29. **WHEREFORE**, Plaintiff Rikvah Goldberg prays for relief as follows:

    (A) That Judgment be entered in favor of Rikvah Goldberg against Defendant NCO Financial Systems, Inc. for statutory damages in the

amount of $1,000.00 for violation of §§ 1692c(b), 1692e and 1692e(10) of the FDCPA pursuant to § 1692(a)(2)(A) of the FDCPA.

(B) That the Court award attorney fees and costs of action in favor of Rikvah Goldberg against Defendant NCO Financial Systems, Inc. pursuant to § 1692k(a)(3) of the FDCPA.

(C) For such other and further relief as may be just and proper.

Dated: _____

Mitchell R. Hadler, Esq. Atty.#39172
Attorney for Plaintiff Rikvah Goldberg
701 Fourth Avenue South #500
Minneapolis, Minnesota 55415
612.414.7361/651.222.4260

## ACKNOWLEDGEMENT

30. The undersigned acknowledges that costs, disbursements, witness fees and attorney fees may be awarded pursuant to Minn. Stat. § 549.211.

Dated: _____

Mitchell R. Hadler, Esq.

5

PO BOX 15630
DEPT 72
WILMINGTON DE 19850

**NCO FINANCIAL SYSTEMS INC**

507 Prudential Road, Horsham, PA 19044

1-888-899-8034
OFFICE HOURS:
8AM-9PM MON THRU THURSDAY
8AM-5PM FRIDAY
8AM-12PM SATURDAY

Jan 8, 2011

Calls to or from this company may be monitored or recorded for quality assurance.

5469-189

TB2235
RIVKAH GOLDBERG
10770 CEDAR BND
HOPKINS MN  55305-2943

CREDITOR: CITIBANK (SOUTH DAKOTA) NA
CREDITOR'S ACCOUNT #: 5466160186482152
REGARDING: CITI AADVANTAGE WORLD MC
CURRENT BALANCE DUE: $9935.80

The named creditor has placed this account with our office for collection.

The creditor has agreed to accept 60 percent of the balance listed above as a lump sum settlement of the account. This offer will remain valid for a minimum of 45 days from the date of this letter and may be extended for an additional period. Before making a settlement payment after 45 days from the date of this letter, please confirm with one of our representatives that this offer is still valid. Please make payment payable to CITIBANK (SOUTH DAKOTA) NA.

You may also make payment by visiting us online at www.ncofinancial.com. Your unique registration code is CTB22357-255SP4.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

---
PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)

THIS COLLECTION AGENCY IS LICENSED BY THE MINNESOTA DEPARTMENT OF COMMERCE

| Our Account # | Current Balance Due |
|---|---|
| TB2235 | $ 9935.80 |

RIVKAH GOLDBERG

Payment Amount

$

Check here if your address or phone number has changed and provide the new information below.

Mail Payment To:

NCO FINANCIAL SYSTEMS
PO BOX 15889
WILMINGTON, DE 19850-5889

NCOP 92
189

017200TB22354000000190000000000099358 00

PO BOX 15630
DEPT 72
WILMINGTON DE 19850

# NCO FINANCIAL SYSTEMS INC

507 Prudential Road, Horsham, PA 19044

1-888-899-8034
OFFICE HOURS(ET):
8AM-9PM MON THRU THURSDAY
8AM-5PM FRIDAY
8AM-12PM SATURDAY
Apr 7, 2011

Calls to or from this company may be monitored or recorded for quality assurance.

CREDITOR:
CITIBANK (SOUTH DAKOTA) NA
CREDITOR'S ACCOUNT #: 5466160186482152
REGARDING: CITI AADVANTAGE WORLD MC
CURRENT BALANCE DUE: $ 10265.42



5465-12834

TB2235
RIVKAH GOLDBERG
10770 CEDAR BND
HOPKINS MN  55305-2943

You can settle the above account for $4619.44 in up to 12 monthly payments.

This offer may expire without notice. Before making payment, please confirm with one of our representatives that this offer has not expired.

You may also make payment by visiting us online at www.ncofinancial.com. Your unique registration code is CTB22357-255SP4.

Please make payment payable to CITIBANK (SOUTH DAKOTA) NA.

Should you choose not to accept this offer, your account balance may be periodically increased due to the addition of accrued interest or other charges as provided in your agreement with the original creditor or as otherwise provided by state law.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)

---

THIS COLLECTION AGENCY IS LICENSED BY THE
MINNESOTA DEPARTMENT OF COMMERCE

| Our Account # | Current Balance Due |
|---|---|
| TB2235 | $ 10265.42 |

RIVKAH GOLDBERG

Payment Amount 

$

Check here if your address or phone number has changed and provide the new information below.

Mail Payment To:

NCO FINANCIAL SYSTEMS
PO BOX 15889
WILMINGTON, DE 19850-5889

NCOP 59
12834

0172OOTB22354OOOOOO19OOOOOOOOOO1O2b542b



**MINNESOTA DEPARTMENT OF COMMERCE**

Home                                                              Adjust font size

# Search Licensee

## Search Licensed Entity

**Type:**
Business    Individual

*Please enter at least one of the search criteria below:*

*If you have difficulty finding the licensee, please try a wildcard search by placing a percentage sign (%) in the front and/or back of a particular section of the name, i.e., Real% will retrieve all names beginning with Real and %Real% will retrieve all names that have Real within the name.*

*If entering the name, you must enter at least two characters.*

| Field | Value |
|---|---|
| Mailing Address Postal Code | |
| License Number | |
| License Type | Collection Agency |
| Name: | NCO FINANCIAL SYSTEMS |
| City | |

Next>>    Cancel

Displaying 1 - 10 (of 35 matching records)                          Page 1 of 4

| Name / (* Denotes Alias Name) ▲ | License Type | License Number | Status | Active Restriction | City | State |
|---|---|---|---|---|---|---|
| NCO FINANCIAL SYSTEMS INC | Collection Agency | 20184288 | Inactive | No | ONTARIO | CA |
| NCO FINANCIAL SYSTEMS INC | Collection Agency | 20165213 | Inactive | No | UNION CITY | CA |
| NCO FINANCIAL SYSTEMS INC | Collection Agency | 20098286 | Inactive | No | AURORA | CO |
| NCO FINANCIAL SYSTEMS INC | Collection Agency | 20203246 | Inactive | No | WASHINGTON | DC |
| NCO FINANCIAL SYSTEMS INC | Collection Agency | 20203392 | Inactive | No | DOVER | DE |
| NCO FINANCIAL SYSTEMS INC | Collection Agency | 20268795 | Inactive | No | KEY WEST | FL |
| NCO FINANCIAL SYSTEMS INC | Collection Agency | 20136032 | Inactive | No | TAMPA | FL |
| NCO FINANCIAL SYSTEMS INC | Collection Agency | 20184071 | Inactive | No | ATLANTA | GA |
| NCO FINANCIAL SYSTEMS INC | Collection Agency | 20165193 | Inactive | No | NORCROSS | GA |
| NCO FINANCIAL SYSTEMS INC | Collection Agency | 20203880 | Inactive | No | NORCROSS | GA |

Displaying 1 - 10 (of 35 matching records)                          Page 1 of 4

Go To Page: 1   Go

Next

Do not use your browser's back button or all your data will be lost.
You must disable your pop-up blocker to view reports, for instructions Click Here
For System related questions, Click Here
For State Licensing related questions, Click Here

Home | Help
Terms & Conditions of Use | Privacy Policy | Download Adobe Reader
Copyright © 2005 Pearson Education, Inc. or its affiliate(s). All rights reserved.



Home                                                                 Adjust font size

# Search Licensee

## Search Licensed Entity

| Type: |
|---|
| Business   Individual |

*Please enter at least one of the search criteria below:*

*If you have difficulty finding the licensee, please try a wildcard search by placing a percentage sign (%) in the front and/or back of a particular section of the name, i.e., Real% will retrieve all names beginning with Real and %Real% will retrieve all names that have Real within the name.*

*If entering the name, you must enter at least two characters.*

| Mailing Address Postal Code | |
|---|---|
| License Number | |
| License Type | Collection Agency |
| Name: | NCO FINANCIAL SYSTEMS |
| City | |

Next>>   Cancel

| Displaying 11 - 20 (of 35 matching records) | | | | | | Page 2 of 4 |
|---|---|---|---|---|---|---|
| Name / (* Denotes Alias Name) | License Type | License Number | Status | Active Restriction | City | State |
| NCO FINANCIAL SYSTEMS INC | Collection Agency | 20213178 | Inactive | No | ROLLING MEADOWS | IL |
| NCO FINANCIAL SYSTEMS INC | Collection Agency | 20156672 | Inactive | No | HUTCHINSON | KS |
| NCO FINANCIAL SYSTEMS INC | Collection Agency | 20470700 | Inactive | No | OVERLAND PARK | KS |
| NCO FINANCIAL SYSTEMS INC | Collection Agency | 20158385 | Inactive | No | METAIRIE | LA |
| NCO FINANCIAL SYSTEMS INC | Collection Agency | 20203248 | Inactive | No | HUNT VALLEY | MD |
| NCO FINANCIAL SYSTEMS INC | Collection Agency | 20165224 | Inactive | No | LINTHICUM | MD |
| NCO FINANCIAL SYSTEMS INC | Collection Agency | 20098416 | Inactive | No | ODENTON | MD |
| NCO FINANCIAL SYSTEMS INC | Collection Agency | 20570735 | Inactive | No | ST LOUIS | MO |
| NCO FINANCIAL SYSTEMS INC | Collection Agency | 20365160 | Inactive | No | W LONG BRANCH | NJ |
| NCO FINANCIAL SYSTEMS INC | Collection Agency | 20365175 | Inactive | No | ALBANY | NY |
| Displaying 11 - 20 (of 35 matching records) | | | | | | Page 2 of 4 |

Go To Page: 2   Go

Previous   Next

Do not use your browser's back button or all your data will be lost.
You must disable your pop-up blocker to view reports, for Instructions Click Here
For System related questions, Click Here
For State Licensing related questions, Click Here

Home | Help
Terms & Conditions of Use | Privacy Policy | Download Adobe Reader
Copyright © 2005 Pearson Education, Inc. or its affiliate(s). All rights reserved.



**Home**                                                               Adjust font size

# Search Licensee

## Search Licensed Entity

| Type: |
|---|
| Business    Individual |

*Please enter at least one of the search criteria below:*

*If you have difficulty finding the licensee, please try a wildcard search by placing a percentage sign (%) in the front and/or back of a particular section of the name, i.e., Real% will retrieve all names beginning with Real and %Real% will retrieve all names that have Real within the name.*

*If entering the name, you must enter at least two characters.*

| | |
|---|---|
| **Mailing Address Postal Code** | |
| **License Number** | |
| **License Type** | Collection Agency |
| **Name:** | NCO FINANCIAL SYSTEMS |
| **City** | |

Next>>    Cancel

| Displaying 21 - 30 (of 35 matching records) | | | | | | Page 3 of 4 |
|---|---|---|---|---|---|---|
| Name / (* Denotes Alias Name) | License Type | License Number | Status | Active Restriction | City | State |
| NCO FINANCIAL SYSTEMS INC | Collection Agency | 20365170 | Inactive | No | ELMSFORD | NY |
| NCO FINANCIAL SYSTEMS INC | Collection Agency | 20268832 | Inactive | No | GLEN FALLS | NY |
| NCO FINANCIAL SYSTEMS INC | Collection Agency | 20352124 | Inactive | No | WILLIAMSVILLE | NY |
| NCO FINANCIAL SYSTEMS INC | Collection Agency | 20165204 | Inactive | No | BEACHWOOD | OH |
| NCO FINANCIAL SYSTEMS INC | Collection Agency | 20570784 | Inactive | No | GAHANNA | OH |
| NCO FINANCIAL SYSTEMS INC | Collection Agency | 20352118 | Inactive | No | PARMA HGTS | OH |
| NCO FINANCIAL SYSTEMS INC | Collection Agency | 20165254 | Inactive | No | WORTHINGTON | OH |
| NCO FINANCIAL SYSTEMS INC | Collection Agency | 20198533 | Inactive | No | JOHNSTOWN | PA |
| NCO FINANCIAL SYSTEMS INC | Collection Agency | 20098351 | Inactive | No | PHILADELPHIA | PA |
| NCO FINANCIAL SYSTEMS INC | Collection Agency | 20098445 | Inactive | No | UPPER DARBY | PA |
| Displaying 21 - 30 (of 35 matching records) | | | | | | Page 3 of 4 |

Go To Page: 3    Go

Previous    Next

Do not use your browser's back button or all your data will be lost.
You must disable your pop-up blocker to view reports, for instructions Click Here
For System related questions, Click Here
For State Licensing related questions, Click Here

Home | Help
Terms & Conditions of Use | Privacy Policy | Download Adobe Reader
Copyright © 2005 Pearson Education, Inc. or its affiliate(s). All rights reserved.



Home                                                              Adjust font size

## Search Licensee

### Search Licensed Entity

Type:
Business    Individual

*Please enter at least one of the search criteria below:*

*If you have difficulty finding the licensee, please try a wildcard search by placing a percentage sign (%) in the front and/or back of a particular section of the name, i.e., Real% will retrieve all names beginning with Real and %Real% will retrieve all names that have Real within the name.*

*If entering the name, you must enter at least two characters.*

**Mailing Address Postal Code**

**License Number**

**License Type** Collection Agency

**Name:** NCO FINANCIAL SYSTEMS

**City**

Next>>    Cancel

| Displaying 31 - 35 (of 35 matching records) | | | | | | Page 4 of 4 |
|---|---|---|---|---|---|---|
| Name / (* Denotes Alias Name) ▲ | License Type | License Number | Status | Active Restriction | City | State |
| NCO FINANCIAL SYSTEMS INC | Collection Agency | 20144228 | Inactive | No | GOODLETTSVILLE | TN |
| NCO FINANCIAL SYSTEMS INC | Collection Agency | 20203240 | Inactive | No | HOUSTON | TX |
| NCO FINANCIAL SYSTEMS INC | Collection Agency | 20570775 | Inactive | No | HOUSTON | TX |
| NCO FINANCIAL SYSTEMS INC | Collection Agency | 20165218 | Inactive | No | SAN ANTONIO | TX |
| NCO FINANCIAL SYSTEMS INC | Collection Agency | 20217788 | Inactive | No | HAMPTON | VA |
| Displaying 31 - 35 (of 35 matching records) | | | | | | Page 4 of 4 |

Go To Page: 4    Go

Previous

Do not use your browser's back button or all your data will be lost.
You must disable your pop-up blocker to view reports, for instructions Click Here
For System related questions, Click Here
For State Licensing related questions, Click Here

Home | Help
Terms & Conditions of Use | Privacy Policy | Download Adobe Reader
Copyright © 2005 Pearson Education, Inc. or its affiliate(s). All rights reserved.